UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME RIVAS,

             Petitioner,

    v.

WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY,

             Respondent.

No.  1:26-CV-00785-DJC-SCR

ORDER

Petitioner is a federal immigration detainee representing himself in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

1

(9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 11) are adopted in full.

2.  Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted.

3.  Respondent shall release petitioner immediately and not impose any additional restrictions on him, unless they are determined to be necessary at a future pre-deprivation/custody hearing.

4.  At the time of release, respondent is required to return all of petitioner's documents and possessions.

5.  If the government seeks to redetain petitioner, it must provide no less than 7 days of notice to petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter at which petitioner's eligibility for bond must be considered.  At any such hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that petitioner poses a danger to the community or a risk of flight.

6.  Respondents be directed to file a notice of compliance with the provisions of any order entered in this case.

7.  The Clerk of Court is directed to enter judgment for petitioner and to close this case.

IT IS SO ORDERED.

Dated:  **March 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2